Grace Phillips v. Andrew Phillips.— Motion denied, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Smith G. Willcox v. The Erie Railroad Company.—Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Saul J. Baron v. Andrew Albright, Jr., Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry E. Gropp v. Great Atlantic and Pacific Tea Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank Duke v. American Museum of Natural History. — Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Thomas J. McCabe v. Rudolph P. Miller, as Superintendent, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

F. Augustus Heinze v. Assets Realization Company.— Motion granted and injunction continued on plaintiff giving an undertaking of $2,000 within five days after decision of this motion.   Defendant to have leave to move to vacate stay if appeal is not argued on June twelfth.   Order to be settled on notice.   Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. Beaudry v. John N. McKinnon and Others.— Motion granted and injunction continued on plaintiff giving an undertaking of $1,000 within five days after decision of this motion.   Defendants to have leave to move to vacate stay if appeal is not argued on June twelfth.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anthony Duffy v. George W. Linch, as Receiver, etc.— Motion denied, with ten dollars costs.   Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Drazen v. James Curby, as President, etc., and Others.— Motion granted.   Order to be settled on notice.   Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Allen W. Evarts and Others v. Municipal Court, etc., and Others.— Motion granted.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Allen W. Evarts and Others v. Municipal Court, etc., and Others.— Motion granted.   Order to be settled on notice.   Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas H. West and Others v. Southern Railway Company and Others. — Motion denied, with ten dollars costs.   Opinion per curiam.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. John F. Ambrose v. R. A. C. Smith, as Commissioner.   The People of the State of New York ex rel.